U. S. DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Frank Kaiser,                                           Court File No.  06-511 (JRT/FLN)
                         Plaintiff,

vs.                                                     **ORDER FOR DISMISSAL**
                                                        **WITH PREJUDICE**

Endres Services, Inc.,
                         Defendant.

Jonathan G Steinberg,  **CHRASTIL & STEINBERG**, 412 Fourth Street South Suite 1155, Minneapolis, MN 55415, for plaintiff.

Laura J McKnight,  **BASSFORD REMELE, PA**, 33 South Sixth Street Suite 3800, Minneapolis, MN 55402, for defendant.

Upon the Stipulation of the parties (Docket No. 7), this matter is hereby dismissed, with prejudice and on the merits, but without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

DATED: July 26, 2006
at Minneapolis, Minnesota.                              __s/John R. Tunheim_____
                                                        JOHN R. TUNHEIM
                                                        United States District Judge